DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BRYAN A. SIMS,

Appellant,

v.

MARGUERITA B. SIMS,

Appellee.

No. 2D21-1795

————————————————

September 23, 2022

Appeal from the Circuit Court for Hillsborough County; Jennifer Gabbard, Judge.

Mark A. Sessums of Sessums Law Group, P.A., Tampa, for Appellant.

Bridget E. Remington and Ellen E. Ware of Ware Law Group, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

MORRIS, C.J., and ROTHSTEIN-YOUAKIM and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.